IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| **JOHNATHAN JEFFREY FULLER** | ) | |
| **RHONDA SUE FULLER** | ) | **CASE NO: 15-05602-MFH** |
| **8131 COOPER DRIVE** | ) | **CHAPTER 7** |
| **MURFREESBORO, TN 37129** | ) | **JUDGE MASHBURN** |
| **SSN: XXX-XX-6326/4721** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **PIONEER CREDIT** | ) | |
| Creditor. | ) | |

DESCRIPTION OF PROPERTY SUBJECT TO LIEN: Lawn mower and TV.

### ORDER GRANTING MOTION TO VOID LIEN OF PIONEER CREDIT

The lien of the creditor identified above with respect to the described property is declared void pursuant to 11 U.S.C. Section 522 (f). Either no timely opposition was filed pursuant to LBR 9013-1 or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

It is ORDERED that the lien of the affected Creditor relative to the property described above is VOID.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

/s/ Jodie Thresher
JODIE THRESHER (#025730)
Attorney for Debtors
Clark and Washington, LLC
237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
jthresher@cw13.com